UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOHNERT,<br><br>    Plaintiff,<br><br>  v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.  14-cv-02854-WHO<br><br>**ORDER REGARDING DISCOVERY DISPUTE REGARDING DEPOSITION SCHEDULING**<br><br>Re: Dkt. No. 59 |

The parties have filed a joint dispute statement regarding a dispute over scheduling depositions. Dkt. No. 59. On March 25, 2015, plaintiff provided defendants a list of nine witnesses that she wished to depose.  As of April 8, 2015, defendants had offered dates for two of the witnesses. Defendants state that they expect to be able to complete the scheduling this week, except for the witnesses who are unavailable this week due to spring break, whose depositions will be scheduled as soon as possible.

The parties should continue to meet and confer to schedule the remaining depositions at issue. The depositions should be scheduled by April 17, 2015, which will be three and a half weeks since plaintiff first identified the witnesses. That is more than enough time to find suitable dates.

**IT IS SO ORDERED**.

Dated: April 9, 2015

WILLIAM H. ORRICK
United States District Judge