UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOHNERT,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-02854-WHO<br><br>**ORDER REGARDING NUMBER OF DEPOSITIONS**<br><br>Re: Dkt. No. 61 |

The parties are having a dispute over the number of depositions that may be taken by plaintiff. While I am not averse to allowing more than ten depositions in a case as potentially fact intensive as this one, I agree with defendants that I need a better record on which to order them. If the parties are unable to resolve this dispute on their own, plaintiff should provide me, by May 15, 2015, with a list of the witnesses it is deposing and would like to depose and for each witness, a very brief description of the expected areas of testimony, the expected length of testimony (full day, half day, or less), and the agreed-upon dates of deposition (if any). Defendant may respond by May 20, 2015 to explain why the testimony would be cumulative or unnecessary.

I encourage grouping deponents on a single day or days for efficiency's sake if appropriate. I will take the amount of time requested for depositions into account along with the number of depositions. I remind the parties that summer vacation is fast-approaching for school personnel, as is the fact discovery cutoff date. I do not intend to extend the dates previously set in this matter, I do expect timely responses to communications by counsel, and I will not accept excuses concerning scheduling depositions that I require.

**IT IS SO ORDERED**.

Dated: May 8, 2015

WILLIAM H. ORRICK
United States District Judge