UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOHNERT,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-02854-WHO<br><br>**ORDER REGARDING DISCOVERY DISPUTE ABOUT NUMBER AND SCHEDULING OF DEPOSITIONS**<br><br>Re: Dkt. Nos. 61, 63, 64, 65 |

The parties dispute whether plaintiff should be permitted to take more than 10 depositions. Dkt. Nos. 63-65. The parties have also been unable to schedule all of the depositions sufficiently in advance of the expert discovery deadline.

The parties participated in a telephonic hearing today to discuss the dispute. As I stated during the hearing, the plaintiff shall be limited to 10 depositions because she has not established yet that she needs more than that. I will be inclined to permit the plaintiff to take additional depositions if she can make a specific showing that additional depositions are necessary and not cumulative, particularly if she can show that the initial depositions were conducted efficiently and were not obviously cumulative. In this regard, if the defendant thinks that some of the identified depositions will be cumulative, it should alert the plaintiff in writing within the next week so that plaintiff may consider adjusting her list of deponents.

I encourage the defendants to agree to additional depositions if the plaintiff makes the requisite showing of need. If the parties cannot reach agreement, they should file a joint letter no later than July 15, 2015 identifying the disputed potential deponents and why the depositions are or are not necessary. Plaintiff should also include a chart specifying the length of the depositions that have been completed by that date.

1    The deposition dates outlined by the parties during the hearing are acceptable.  Within the
2 next week, the parties shall file a stipulation extending the expert discovery deadlines to allow the
3 non-expert depositions to be completed sufficiently in advance of the revised expert disclosure
4 date.  Expert discovery must be completed in advance of the settlement conference.

**IT IS SO ORDERED**.

Dated: May 22, 2015



WILLIAM H. ORRICK
United States District Judge