UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOHNERT,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-02854-WHO   (MEJ)<br><br>**ORDER SCHEDULING MEDIATION** |

The parties in this case are ORDERED to appear for mediation with Lynn Frank on October 27, 2015 at 9:30 a.m., in San Francisco, CA.  The mediation shall take place at Littler Mendelson's Law offices, located at 650 California Street, 20th Floor, San Francisco, California 94108.

**IT IS SO ORDERED.**

Dated: October 1, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge